

Justin A. Kuehn

November 5, 2020

**BY ECF**

Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:     *Bunsen v. AMAG Pharmaceuticals, Inc., et al; Case No. 20-cv-5234*

Dear Judge Chen:

    We represent plaintiff in the above-captioned action. We write, in accordance with Your Honor's instructions, to notify the Court that defendants have not yet been served with process in this action and plaintiff will not seek a preliminary injunction hearing in the next week.

    Respectfully submitted,

    Justin Kuehn