UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMONE BUNSEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAG PHARMACEUTICALS, INC., GINO SANTINI, SCOTT MYERS, JOHN A. FALLON, PAUL FONTEYNE, DAVID JOHNSON, KATHRINE O'BRIEN, ANNE M. PHILLIPS, DAVEY S. SCOON, and JAMES SULAT,<br><br>　　　　　　Defendants. | Case No.: 20-cv-5234 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action").  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　**MOORE KUEHN, PLLC**

　　　　　　　　　　　　　　　　　　　　　　　*/s/Justin Kuehn*
　　　　　　　　　　　　　　　　　　　　　　　Justin A. Kuehn
　　　　　　　　　　　　　　　　　　　　　　　Fletcher W. Moore
　　　　　　　　　　　　　　　　　　　　　　　30 Wall Street, 8th floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 709-8245
　　　　　　　　　　　　　　　　　　　　　　　jkuehn@moorekuehn.com
　　　　　　　　　　　　　　　　　　　　　　　fmoore@moorekuehn.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*